IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

YVONNE OLSON,

        Plaintiff,                     JUDGMENT IN A CIVIL CASE

    v.                                        Case No. 13-cv-378-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
_____

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.
_____

       IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


       _____s/ A. Wiseman, Deputy Clerk_____       _____11/25/2013_____
                **Peter Oppeneer, Clerk of Court**                                  **Date**