IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

YVONNE OLSON,

        Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　Case No. 13-cv-378-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Yvonne Olson attorney fees and costs in the amount of $7,152.93 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

        _____s/ A. Wiseman, Deputy Clerk_____　　　_____January 8, 2014_____
        **Peter Oppeneer, Clerk of Court**　　　　　　　　　　　　Date